**1554** CLARK vs. BOARD OF SUPERVISORS (Ingham), 38 M., 658.

To compel the allowance of certain claims made by a sheriff for the service of a warrant, void upon its face, and for travel fees on writs which were not served.

Denied April 16, 1878.

The board refused to receive or consider ex parte affidavits.

Held, that the board might receive such affidavits, but was entitled to legal evidence, if required by them; that there was no statute allowing fees for travel except in case of service, and that the return of the board was conclusive.